IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GERALINE GREEN,   §<br>§<br>  *Plaintiff,*   §<br>§<br>VS.   §<br>§<br>LUIS SILVA, PV HOLDING CORP.,   §<br>AND PV HOLDING CORP. D/B/A   §<br>P VEHICLE HOLDING CORP.,   §<br>§<br>  *Defendants.*   § | CIVIL ACTION NO. 1:23-CV-00176<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER ON CLOSING DOCUMENTS

Before the Court is the Plaintiff's Notice of Settlement. [Dkt. 18]. Plaintiff advises the Court that the Parties have agreed to settle all matters regarding this cause of action.

It is therefore **ORDERED** that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **May 17, 2024**.  **If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**.

**SIGNED this 15th day of April, 2024.**

_____
Michael J. Truncale
United States District Judge