IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| GERALINE GREEN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00176 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| LUIS SILVA, PV HOLDING CORP., | § | |
| AND PV HOLDING CORP. D/B/A | § | |
| P VEHICLE HOLDING CORP., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Notice of Nonsuit with Prejudice. [Dkt. 20]. Plaintiff previously advised that all claims and controversies between the Parties have been settled and Plaintiff now seeks a dismissal with prejudice as to those claims.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 20th day of May, 2024.

Michael J. Truncale
United States District Judge